JS-6, ENTER

FILED
JUL 16 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GLEN W. ROBISON, | Case No. EDCV 08-907-VAP (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| M. C. KRAMER, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the petition herein is dismissed without prejudice.

Dated: July 15 2008

_____
Virginia A. Phillips
United States District Judge



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 17 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY